**Order entered July 8, 2021**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01054-CV

## ANTONIO CABALLERO, Appellant

## V.

## WILMINGTON SAVINGS FUND SOCIETY, FSB, Appellee

**On Appeal from the 14th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-19-04357**

## ORDER

I voluntarily recuse myself from hearing any matter in this appeal.

/s/    BONNIE LEE GOLDSTEIN
JUSTICE